ACCEPTED
05-14-01115-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
2/8/2015 8:23:44 PM
LISA MATZ
CLERK

## No. 05-14-01115-CR/05-14-01116-CR

| | | |
|---|---|---|
| BRIAN WAYNE DRAKE, | § | IN THE COURT OF APPEALS |
| Appellant | § | |
| v. | § | |
| | § | FIFTH DISTRICT OF TEXAS |
| THE STATE OF TEXAS, | § | |
| Appellee. | § | AT DALLAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
2/8/2015 8:23:44 PM
LISA MATZ
Clerk

## REQUEST TO EXTEND TIME TO FILE BRIEF BY THIRTY DAYS

Brian Wayne Drake asks this Court to grant his attorney thirty additional days to file Appellant's briefs, making them due on Saturday, March 7, 2015.

### Motion to Extend Time to File Brief

Drake requests that his attorney receive an additional thirty days in which to file his briefs, making them due on Saturday, March 7, 2015.

### Introduction

1. Appellant is Brian Wayne Drake and the Appellee is the State of Texas. This appeal concerns an appeal of two convictions for aggravated robbery.

2. Appellant was tried in the 204th Judicial District Court of Dallas County.

3. Appellant's counsel has spoken with Michael Casillas, Chief of the Appellate Section of the District Attorney's Office. Mr. Casillas is unopposed to this Motion.

## Argument and Authorities

4.     There is no specified deadline to file a motion to extend time to file an appellant's brief.[1]

5.     Appellant's briefs were due on Saturday, February 7, 2015.

6.     Drake has not requested a previous extension.

7.     Drake's attorney requests this extension because he filed two briefs last week and has two motions for summary judgment set for hearing this week. Drake's attorney filed briefs last week in cause numbers **0**5-14-00217-CR and 05−14−00790−CR.  Further, due to factors outside of this appeal, Drake is likely better off filing for a voluntary dismissal of this case.  The exact parameters of this are being resolved, but Drake faces other charges and part of the proposed plea agreement requires him to voluntarily dismiss this appeal.

## Prayer and Conclusion

8.     Drake requests that this Court grant his counsel an additional thirty days in which to file his briefs.  This extension will make the briefs due on Saturday, March 7, 2015.  There is no reason to believe that further extensions will be requested.

---

[1] TEX. R. APP. P. 38.6(d).

Respectfully Submitted,

/s/ Niles Illich
Niles Illich
The Law Office of Niles Illich, Ph.D., J.D.
701 Commerce Street
Suite 400
Dallas, Texas 75202-4518
Direct: (972) 802-1788
Fax:     (972) 236-0088
Cell:    (713) 320-9883
Email: Niles@appealstx.com

## CERTIFICATE OF CONFERENCE

This is to certify that on May 1, 2014 that Niles Illich had an email exchange with Mike Casillas, Administrative Chief for the Appellate Division, concerning Motions to Extend Time. Mr. Casillas indicated that he is unopposed to this request for an extension of time.

/s/ Niles Illich
Niles Illich

# CERTIFICATE OF SERVICE

This is to certify that, on February 8, 2015, a true and correct copy of this Request for an Extension of Time to File Appellant's Brief was served on all parties of record as follows:

**VIA ELECTRONIC SERVICE**
Mr. Mike Casillas
Administrative Chief, Appellate Division
Dallas County District Attorney's Office
133 N. Riverfront Blvd., L.B. 19
Dallas, Texas 75207

/s/ Niles Illich
Niles Illich